IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIGORE BRICI, | ) | Case No. 13-46362 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Wednesday, January 12, 2022, at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable David D. Cleary or before any other judge who may be sitting in his place and present the attached **Application of Trustee's Counsel for Compensation and Reimbursement of Expenses**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: December 9, 2021       CATHERINE STEEGE, not individually but as Chapter 7 trustee for the bankruptcy estate of Grigore Brici

                                              */s/Catherine Steege*
                                              One of Her Attorneys

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484

## CERTIFICATE OF SERVICE

I, Catherine Steege, an attorney, certify that on December 9, 2021, I served the foregoing **Notice of Motion** and the **Application of Trustee's Counsel for Compensation and Reimbursement of Expenses** on all counsel of record listed on the Court's ECF Service List by the Court's ECF service and as indicated to the parties on the Service List by First Class U.S. Mail, postage prepaid and properly addressed.

        /s/ *Catherine Steege*
        Catherine Steege

## **SERVICE LIST**

In re Brici
13-46362

Office of the United States Trustee
Suite 800
219 S. Dearborn Street
Chicago, IL 60604

Grigori Brici
Unit 801
5830 N. Marine Dr.
Chicago, IL 60640

AT&T
POB 3097
Bloomington, IL 61702

Bank of America
c/o Codilis & Assoc.
Suite 100
15W030 N. Frontage Road
Willowbrook, IL 60527

Blitt & Gaines PC
Attorneys at Law
661 Glenn Ave.
Wheeling, IL 60090

Capital One
POB 5253
Carol Stream, IL 60197

Capital One
POB 85520
Richmond, VA 23285

Capital One Services
POB 85520
Richmond, VA 23285

Carmen Marine Co-operative
c/o Cagan Management
3856 Oakton Street
Skokie, IL 60076

Chase
POB 15298
Wilmington, DE 19850

Chicago Imaging Assoc.
36515 Treasury Ctr.
Chicago, IL 60694

Citibank
c/o Blitt & Gaines
661 Glenn Ave.
Wheeling, IL 60090

City of Chicago
Dept of Water Management
POB 6330
Chicago, IL 60680-6330

ComEd
Bill Payment Ctr
Chicago, IL 60668

Commerce BK
POB 411036
Kansas City, MO 64141

Credit One Bank
POB 98875
Las Vegas, NV 89193

Creditors Discount & Audit Co.
415 Main St.
Streator, IL 61364

Creditors Discount & Audit Co.
415 Main St.
POB 213
Streator, IL 61364

Dependon Collection
POB 4833
Hinsdale, IL 60522

Emergency Room Care Providers
POB 87618
Chicago, IL 60680

Evalon Settlement Recovery
POB 86
Minneapolis, MN 55486-0086

Harris & Harris Ltd.
222 Merchandise Mart Plz
Chicago, IL 60654

HSBC
POB 60102
City of Industry, CA 91716-0102

Illinois Labrotory Medicine
POB 5966
Carol Stream, IL 60197

M3 Financial Services
POB 802089
Chicago, IL 60680

Nelson Watson & Associates
Lower Level
80 Merrimack St.
Haverhill, MA 01830

Portfolio Recoveries
120 Corporate Blvd.
Norfolk, VA 23502

Stroger Hospital
Medical Billing Dept.
1900 W. Polk
Chicago, IL 60612

Timothy Rhatigan
30 N. LaSalle Street
Chicago, IL 60603

Weiss Memorial Hospital
720 Paysphere Cir.
Chicago, IL 60674

Fannie Mae
One S. Wacker Drive, Ste 15C14
Chicago, IL 60606

Home Depot/CBNA
POB 790328
St. Louis, MO 63179

Illinois Collection Service
POB 1010
Tinley Park, IL 60477

Lincoln Automotive Financial
National Bankruptcy Service Ctr
POB 6275
Dearborn, MI 48121

Maria Brici
Unit 801
5030 N. Marine Drive
Chicago, IL 60640

Peoples Gas
130 E. Randolph
Chicago, IL 60601

Sprint
POB 66075
Dallas, TX 75266-0075

Thomas Lang
Johnson, Blumberg & Associates
230 W. Monroe, Ste. 1125
Chicago, IL 60606

United Recovery
POB 722929
Houston, TX 77272

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIGORE BRICI, | ) | Case No. 13-46362 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

## COVER SHEET FOR APPLICATION FOR

## PROFESSIONAL COMPENSATION

Name of Applicant:     Jenner & Block

Authorized to Provide

Professional Services to: Catherine Steege, Trustee

Date of Order Authorizing Employment:   April 8, 2014  [DKT 29]

Period for Which Compensation is sought: April 8, 2014 – Present

Amount of fees sought:     $3,250.00

Amount of Expense Reimbursement sought:     $212.72

This is an:     Interim Application ___     Final Application   X

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | $ | $ |

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  December 9, 2021

Catherine Steege (6183529)
Jenner & Block
353 N. Clark Street
Chicago, Illinois 60654-3456
PH:     312/222-9350
FAX:    312/840-7352

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIGORE BRICI, | ) | Case No. 13-46362 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**APPLICATION OF TRUSTEE'S COUNSEL FOR
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSE**

Catherine Steege, not individually but as Trustee for Grigore Brici, pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016, respectfully submits this application for compensation and reimbursement of expenses for Jenner & Block ("Jenner"), and states:

1. Jenner requests $3,250.00 in compensation for 3.30 hours of services performed and reimbursement of actual expenses in the amount of $212.72. Jenner has not previously filed any requests for interim compensation or reimbursement of expenses.

2. Jenner represented the Trustee in connection with drafting retention applications for the estate professionals and obtaining court approval of the same. In addition, counsel prepared motions to approve the settlement of the Debtor's personal injury lawsuits and to pay certain medical lien claimants.

3. Based on the nature, extent and value of services performed by Jenner & Block, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

4. At all times during Jenner & Block's representation of the Trustee, Jenner & Block was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

5.  All of the services for which compensation is sought were rendered to the Trustee solely in connection with this case and not on behalf of any individual creditor or other person.

6.  Jenner has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

7.  Jenner has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the firm, or (b) any compensation another person or party has received or may receive. No promises have been received by Jenner or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests that Jenner & Block be awarded reasonable compensation of $3,250.00 and reimbursement of actual and necessary expenses of $212.72 for legal services rendered in this case and the Court grant such other relief as may be just.

Dated: December 9, 2021

      Respectfully submitted,

      CATHERINE STEEGE, not individually but as Chapter 7 Trustee for the bankruptcy estate of Grigore Brici

      BY:  */s/ Catherine Steege*
            One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone 312-923-2952
Facsimile: 312-840-7352

2

# EXHIBIT A

## TO FEE APPLICATION OF TRUSTEE'S COUNSEL

### IN RE BRICI
### 13-46362

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 3/18/14 | CS | .20 | Prepared retention motion for Personal Injury counsel | 180.00 |
| 4/1/14 | CS | .50 | Attend hearing re retention motions | 450.00 |
| 7/26/19 | CS | .30 | Prepared settlement motion to resolve Personal Injury claims. | 345.00 |
| 7/26/19 | MP | .40 | Assist with service of Motion to Approve Settlement of Personal Injury Claim. | 90.00 |
| 08/22/19 | CS | .50 | Attend hearing on Motion to Approve Settlement. | 575.00 |
| 9/05/19 | CS | .30 | Prepared lien payment motion. | 345.00 |
| 9/10/19 | CS | .30 | Revised motion re lien payments. | 345.00 |
| 10/14/19 | CS | .30 | Revised motion re lien claims. | 345.00 |
| 10/24/19 | CS | .50 | Attend hearing on Motion to Approve Lien Claims | 575.00 |
| | | 3.30 | PROFESSIONAL SERVICES | $3,250.00 |

**EXHIBIT B**

**TO FEE APPLICATION OF TRUSTEE'S COUNSEL**

**IN RE BRICI**
**SUMMARY OF PROFESSIONAL SERVICES**

| | | | |
|---|---|---|---|
| CATHERINE L. STEEGE | 2.20 | 1,150.00 | 2,530.00 |
| CATHERINE L. STEEGE | .70 | 900.00 | 630.00 |
| MARC A. PATTERSON | .40 | 225.00 | 90.00 |
| **TOTAL** | **3.30** | | **$3,250** |

# EXHIBIT C
## TO FEE APPLICATION OF TRUSTEE'S COUNSEL

### IN RE BRICI
### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 3/20/14 | Postage Expense (mail retention motion) | 6.02 |
| 7/26/19 | Postage Expense (mail settlement motion) | 33.25 |
| 9/19/19 | Postage Expense (mail exemption payment) | .50 |
| 10/14/19 | Postage Expense (mail lien notice/motion) | 46.65 |
| 10/25/19 | Postage Expense (mail lien notice/motion) | 4.75 |
| 1/9/20 | Postage Expense (Mail lien payments) | 1.15 |
|  | Postage Expense For Final Report | 54.40 |
|  | Copying Charges For Final Report | 66.00 |
|  | **TOTAL DISBURSEMENTS** | **$212.72** |