## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIGORE BRICI, | ) | Case No. 13-46362 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Wednesday, January 12, 2022, at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable David D. Cleary or before any other judge who may be sitting in his place and present the attached **Trustee's Application for Compensation and Expenses**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice

of Objection is timely filed, the motion will be called on the presentment date. If no Notice of

Objection is timely filed, the court may grant the motion in advance without a hearing.

                    CATHERINE STEEGE, not individually but as
                    Chapter 7 Trustee for Grigore Brici

By:   /s/ *Catherine Steege*
         One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK
353 N. Clark Street
Chicago, Illinois  60654-3456
PH:   312/923-2952
FAX:  312/840-7352

Dated:  December 9, 2021

## **CERTIFICATE OF SERVICE**

      I, Catherine Steege, an attorney, certify that on December 9, 2021, I served the foregoing **Notice of Motion** and the **Trustee's Application for Compensation and Expenses** on all counsel of record and the parties on the attached Service List by First Class U.S. Mail.

                                                                                       /s/ *Catherine Steege*
                                                                                         Catherine Steege

## SERVICE LIST

In re Brici
13-46362

| | |
|---|---|
| Office of the United States Trustee<br>Suite 800<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Grigori Brici<br>Unit 801<br>5830 N. Marine Dr.<br>Chicago, IL 60640 |
| AT&T<br>POB 3097<br>Bloomington, IL 61702 | Bank of America<br>c/o Codilis & Assoc.<br>Suite 100<br>15W030 N. Frontage Road<br>Willowbrook, IL 60527 |
| Blitt & Gaines PC<br>Attorneys at Law<br>661 Glenn Ave.<br>Wheeling, IL 60090 | Capital One<br>POB 5253<br>Carol Stream, IL 60197 |
| Capital One<br>POB 85520<br>Richmond, VA 23285 | Capital One Services<br>POB 85520<br>Richmond, VA 23285 |
| Carmen Marine Co-operative<br>c/o Cagan Management<br>3856 Oakton Street<br>Skokie, IL 60076 | Chase<br>POB 15298<br>Wilmington, DE 19850 |
| Chicago Imaging Assoc.<br>36515 Treasury Ctr.<br>Chicago, IL 60694 | Citibank<br>c/o Blitt & Gaines<br>661 Glenn Ave.<br>Wheeling, IL 60090 |
| City of Chicago<br>Dept of Water Management<br>POB 6330<br>Chicago, IL 60680-6330 | ComEd<br>Bill Payment Ctr<br>Chicago, IL 60668 |
| Commerce BK<br>POB 411036<br>Kansas City, MO 64141 | Credit One Bank<br>POB 98875<br>Las Vegas, NV 89193 |
| Creditors Discount & Audit Co.<br>415 Main St.<br>Streator, IL 61364 | Creditors Discount & Audit Co.<br>415 Main St.<br>POB 213<br>Streator, IL 61364 |

Dependon Collection
POB 4833
Hinsdale, IL 60522

Evalon Settlement Recovery
POB 86
Minneapolis, MN 55486-0086

Harris & Harris Ltd.
222 Merchandise Mart Plz
Chicago, IL 60654

HSBC
POB 60102
City of Industry, CA 91716-0102

Illinois Labrotory Medicine
POB 5966
Carol Stream, IL 60197

M3 Financial Services
POB 802089
Chicago, IL 60680

Nelson Watson & Associates
Lower Level
80 Merrimack St.
Haverhill, MA 01830

Portfolio Recoveries
120 Corporate Blvd.
Norfolk, VA 23502

Stroger Hospital
Medical Billing Dept.
1900 W. Polk
Chicago, IL 60612

Timothy Rhatigan
30 N. LaSalle Street
Chicago, IL 60603

Weiss Memorial Hospital
720 Paysphere Cir.
Chicago, IL 60674

Emergency Room Care Providers
POB 87618
Chicago, IL 60680

Fannie Mae
One S. Wacker Drive, Ste 15C14
Chicago, IL 60606

Home Depot/CBNA
POB 790328
St. Louis, MO 63179

Illinois Collection Service
POB 1010
Tinley Park, IL 60477

Lincoln Automotive Financial
National Bankruptcy Service Ctr
POB 6275
Dearborn, MI 48121

Maria Brici
Unit 801
5030 N. Marine Drive
Chicago, IL 60640

Peoples Gas
130 E. Randolph
Chicago, IL 60601

Sprint
POB 66075
Dallas, TX 75266-0075

Thomas Lang
Johnson, Blumberg & Associates
230 W. Monroe, Ste. 1125
Chicago, IL 60606

United Recovery
POB 722929
Houston, TX 77272

2

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIGORE BRICI, | ) | Case No. 13-46362 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

Catherine Steege, Trustee herein, pursuant to 11 U.S.C. § 330, respectfully requests $4,750.00 as compensation and $0.00 for reimbursement of expenses.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $55,000. Pursuant to 11 U.S.C. § 326, compensation should be computed as follows:

| | |
|---|---|
| 25% of First $5,000 | $1,250.00 |
| 10% of the next $45,000 | 3,500.00 |
| TOTAL COMPENSATION | $4,750.00 |

Attached as Exhibit "A" is an itemized statement of the services rendered by the Trustee to this estate. The Trustee examined the Debtor and monitored the prosecution of the Debtor's personal injury claims. The Trustee paid lien claimants. The Trustee has reviewed claims filed and prepared a final report. She will attend the hearing on the final report and make final distributions to creditors.

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above-captioned case.

          CATHERINE STEEGE, not individually but as
          Chapter 7 Trustee for the bankruptcy estate of
          Grigore Brici

BY:    */s/ Catherine Steege*
          One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
Telephone 312-923-2952
Facsimile: 312-840-7352

Dated:  December 9, 2021

2

# EXHIBIT A
## TO TRUSTEES FEE APPLICATION

### IN RE Brici
### 13-46362

| Date | | Hours | Description |
|---|---|---|---|
| 1/22/14 | CS | .30 | Conducted § 341 meeting. |
| 2/28/14 | CS | .30 | Telephone conference with counsel re PI claim; email to counsel. |
| 3/13/14 | CS | .20 | Contacted PI counsel re status of case. |
| 3/19/14 | CS | .20 | Contacted PI counsel re status of case. |
| 7/10/14 | CS | .20 | Contacted PI counsel re status of case. |
| 7/24/14 | CS | .30 | Prepared annual US Trustee report. |
| 1/6/15 | CS | .20 | Contacted PI counsel re status of case. |
| 6/20/15 | CS | .20 | Contacted PI counsel re status of case. |
| 7/23/15 | CS | .30 | Prepared annual US Trustee report. |
| 2/10/16 | CS | .20 | Contacted PI counsel re status of case. |
| 7/15/16 | CS | .20 | Contacted PI counsel re status of case. |
| 7/15/16 | CS | .30 | Prepared annual US Trustee report. |
| 12/10/16 | CS | .20 | Contacted PI counsel re status of case. |
| 6/12/17 | CS | .20 | Contacted PI counsel re status of case. |
| 6/20/17 | CS | .20 | Contacted PI counsel re status of case. |
| 6/29/17 | CS | .20 | Contacted PI counsel re status of case. |
| 6/30/17 | CS | .20 | Contacted PI counsel re status of case. |
| 7/27/17 | CS | .30 | Prepared annual US Trustee report. |
| 12/10/17 | CS | .20 | Contacted PI counsel re status of case. |
| 6/21/18 | CS | .20 | Contacted PI counsel re status of case. |
| 7/25/18 | CS | .30 | Prepared annual US Trustee report. |
| 1/10/19 | CS | .20 | Contacted PI counsel re status of case. |
| 7/11/19 | CS | .20 | Contacted PI counsel re status of case. |
| 7/19/19 | CS | .30 | Telephone conference with counsel re settlement of claims. |
| 7/23/19 | CS | .20 | Contacted PI counsel re status of case. |
| 7/24/19 | CS | .30 | Prepared annual US Trustee report. |
| 7/25/19 | CS | .10 | Deposited settlement funds. |
| 7/26/19 | CS | .30 | Email debtor's counsel re material needed for settlement motion. |

| Date | | Hours | Description |
|---|---|---|---|
| 8/22/19 | CS | .20 | Email re information needed re lien notices. |
| 8/29/19 | CS | .20 | Email re needed information re lien notices. |
| 9/5/19 | CS | .10 | Prepared check for debtor's counsel |
| 9/11/19 | CS | .10 | Email re information needed for lien notices. |
| 9/16/19 | CS | .20 | Email re information needed for lien notices. |
| 9/20/19 | CS | .30 | Email re information needed for lien notices. |
| 10/24/19 | CS | .20 | Correspondence with lien claimants re address changes and cashing checks. |
| 10/24/19 | CS | .50 | Made disbursements to lien claimants. |
| 1/9/20 | CS | .20 | Contacted PI counsel re status of case. |
| 1/9/20 | CS | .10 | Reissued check to claimant Banyan Finance, LLC re name change (formerly Fullerton Kimball Medical). |
| 2/20/20 | CS | .20 | Contacted PI counsel re status of case. |
| 6/29/20 | CS | .20 | Contacted PI counsel re status of case. |
| 7/13/20 | CS | .20 | Contacted PI counsel re status of case. |
| 7/20/20 | CS | .30 | Prepared annual US Trustee report. |
| 7/27/21 | CS | .30 | Prepared annual US Trustee report. |
| 9/27/21 | CS | .30 | Met with debtor's counsel re PI claims. |
| 9/30/21 | CS | .80 | Prepared fee petition for final report. |
| 3/15/21 | CS | .20 | Contacted PI counsel re status of case. |
| 6/20/21 | CS | .20 | Contacted PI counsel re status of case. |
| 9/30/21 | CS | 1.00 | Prepared final report. |
| 10/13/21 | CS | <u>1.50</u> | Finalized final report. |
| | | **13.80** | **PROFESSIONAL SERVICES** |

**FUTURE ESTIMATED TIME:**

| | | | |
|---|---|---|---|
| | CS | 1.00 | Attended final hearing. |
| | CS | <u>1.00</u> | Prepared distribution checks and close case. |
| | | 2.00 | PROFESSIONAL SERVICES |

2