UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
GRIGORE BRICI § Case No. 13-46362
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

PLEASE TAKE NOTICE that a hearing on the fee applications and any objection to the Final Report will be held on Wednesday, January 12, 2022 at 10:00 a.m. and will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to the fee applications and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the fee applications will be called on the presentment date. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2021          By: /s/ Catherine Steege
                                                    Trustee

*CATHERINE STEEGE, TRUSTEE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
GRIGORE BRICI § Case No. 13-46362
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 95,000.00 |
| and approved disbursements of | $ | 80,149.45 |
| leaving a balance on hand of[1] | $ | 14,850.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 212.72 | $ 0.00 | $ 212.72 |
| Other: RHATIGAN LAW OFFICES | $ 18,333.33 | $ 18,333.33 | $ 0.00 |
| Other: RHATIGAN LAW OFFICES | $ 1,539.78 | $ 1,539.78 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,212.72 |
| Remaining Balance | $ 6,637.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,231.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | $ 206.64 | $ 0.00 | $ 27.86 |
| 2 | COMMERCE BANK | $ 19,295.69 | $ 0.00 | $ 2,601.60 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 2,881.98 | $ 0.00 | $ 388.57 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 23,980.07 | $ 0.00 | $ 3,233.19 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 2,227.67 | $ 0.00 | $ 300.35 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 639.75 | $ 0.00 | $ 86.26 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,637.83 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Catherine Steege
Trustee

*CATHERINE STEEGE, TRUSTEE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## **CERTIFICATE OF SERVICE**

      I, Catherine Steege, an attorney, certify that on December 9, 2021, I served the foregoing **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** on all counsel of record and the parties on the attached Service List by First Class U.S. Mail.

                                                                /s/ *Catherine Steege*
                                                                   Catherine Steege